# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Saul Tiscareno, | ) | **JUDGMENT OF DISMISSAL** |
| | ) | **IN A CIVIL CASE** |
| Plaintiff, | ) | |
| | ) | CV 12-0649-PHX-JAT |
| v. | ) | |
| | ) | |
| Travis Law Firm PLC, et al, | ) | |
| | ) | |
| Defendant(s). | ) | |

\_\_\_   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  X    Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order dated May 7, 2012, judgment is entered dismissing with prejudice plaintiff's complaint and action.

                                                             BRIAN D. KARTH
                                                             District Court Executive/Clerk

June 21, 2012

                                                            s/   D. Taylor
                                                            By: Deputy Clerk

cc: (all counsel)